ROSE KOLACKI, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Claim No. 18711.)

(Argued June 4, 1936; decided July 8, 1936.)

*Milton J. Whedon* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Leon M. Layden* and *Burns F. Barford* of counsel], for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.